Magistrate Judge Brian A. Tsuchida

FILED _____ ENTERED
LODGED _____ RECEIVED

NOV 12 2014  PM

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>SMS/Text Communications and Content for Cellular Telephone Assigned # 425-760-1796, with Service Provided by Cellco Partnership DBA Verizon Wireless | NO. MJ14-125<br><br>MOTION TO UNSEAL SEARCH WARRANT AND RELATED MATERIALS |

The United States of America, by and through Annette L. Hayes, Acting United States Attorney for the Western District of Washington, and Rebecca S. Cohen, Assistant United States Attorney, respectfully requests that this Search Warrant, Application for Search Warrant, and related documents in this matter be unsealed.

On March 24, 2014, U.S. Magistrate Judge Dean Brett authorized the above captioned Search Warrant as well as an Order sealing the Search Warrant and related materials. The targets now face State prosecution in Snohomish County.

//
//
//

MOTION TO UNSEAL SEARCH WARRANT - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Public disclosure of these materials will no longer jeopardize an ongoing federal
2  investigation. Therefore, the government respectfully requests that these documents be
3  unsealed.
4  DATED this 12th day of November, 2014.

Respectfully submitted,
ANNETTE L. HAYES
Acting United States Attorney

_/s/ Rebecca S. Cohen_
REBECCA S. COHEN
Assistant United States Attorney

MOTION TO UNSEAL SEARCH WARRANT - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970